**No. 10-11170. Adrian Marion Smith, Petitioner v. Bridgestone North America Tire Operations LLC, et al.**

565 U.S. 805, 132 S. Ct. 378, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6371.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 420 Fed. Appx. 300.

**No. 10-11235. Harold H. Hodge, Jr., Petitioner v. Board of County Commissioners, et al.**

565 U.S. 805, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6241.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 414 Fed. Appx. 567.

**No. 10-11244. Jason David Cooper, Petitioner v. Georgia.**

565 U.S. 805, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6360.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Georgia dismissed. See Rule 39.8.

**No. 10-11275. Bobby E. Hazel, Petitioner v. Eric D. Wilson, Warden.**

565 U.S. 805, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6580.

**No. 10-11279. Mars L. Gore, Petitioner v. United States District Court for the Southern District of Florida.**

565 U.S. 806, 132 S. Ct. 379, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6326.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

**No. 11-5001. Humberto Leal Garcia, aka Humberto Leal, Petitioner v. Texas.**

565 U.S. 806, 133 S. Ct. 21, 181 L. Ed. 2d 6, 2011 U.S. LEXIS 6245.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas dismissed as moot.